# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**CHERYL H. STEIN**                                                                 **PLAINTIFF**

**VS.**                                                  **CASE NO.      1:11-CV-00164-MPM-JMV**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                   **DEFENDANT**

## AGREED ORDER EXTENDING THE DEADLINE FOR THE FILING OF PLAINTIFF'S BRIEF

By agreement of the parties, the deadline currently in place for the filing of Plaintiff's Brief (November 21, 2011) is hereby extended for two (2) additional days.

The new deadline for the filing of Plaintiff's Brief shall be November 23, 2011.

**SO ORDERED** this the 18th day of November, 2011.

                                               **/s/ Jane M. Virden**
                                               **MAGISTRATE JUDGE**

**STIPULATED, AGREED TO AND**
**APPROVED FOR ENTRY:**

**/s/ Michael B. Gratz, Sr.**
**MICHAEL B. GRATZ, SR., ESQUIRE**
**ATTORNEY FOR PLAINTIFF**

**/s/ John Evans Gough, Jr.**
**JOHN EVANS GOUGH, JR., ESQUIRE**
**ATTORNEY FOR DEFENDANT**