**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CHERYL H. STEIN**                                                        **PLAINTIFF**

**VS.**                                                **CIVIL ACTION NO.: 1:11CV00164-JMV**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**                                  **DEFENDANT**

**FINAL JUDGMENT**

This cause is before the court on the plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her application for a period of disability and disability insurance benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law and having heard oral argument, finds as follows, to-wit:

For the reasons announced by the court on the record at the conclusion of the parties' oral argument this day, the court finds that the Commissioner of Social Security applied the correct legal standards and that his decision is supported by substantial evidence. Therefore, the decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED AND ADJUDGED** this, the 27th day of February, 2012.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE